UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Thomas Buffa,

        Plaintiff,        CASE NUMBER: 19-13282
                              HONORABLE VICTORIA A. ROBERTS
v.                               MAGISTRATE JUDGE WHALEN

Commissioner of Social Security,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 25, 2021, Magistrate Judge Whalen issued a Report and Recommendation [Doc. 22], recommending that Defendant's Motion for Summary Judgement be [Doc. 18] be **DENIED** and Plaintiff's Motion for Summary Judgment [Doc. 14] be **GRANTED** and the case be remanded to the administrative level for further proceedings. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **DENIED** and Plaintiff's motion is **GRANTED**. Judgment of Remand will enter.

        **ORDERED**.

                                            s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: February 18, 2021